UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRAULIO JOSE TRINIDAD DIMAS,<br><br>    Defendant. | Criminal Case No. 07CR1425-L<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE ORDER TO SHOW CAUSE HEARING |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the order to show cause hearing in the above entitled case be continued from March 2, 2009 at 2:00 p.m. to April 6, 2009 at 2:00 p.m.

DATED: February 26, 2009

                                            *M. James Lorenz*
                                            M. James Lorenz
                                            United States District Court Judge